PROB 12B
(7/93)

Report Date: August 6, 2009

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

AUG 0 7 2009

JAMES R. LARSEN, CLERK
_____DEPUTY
SPOKANE, WASHINGTON

### Request for Modifying the Conditions or Term of Supervision with Consent of the Offender

*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender: Jeremy Allen Standow          Case Number: 2:00CR00107-001

Name of Sentencing Judicial Officer:  The Honorable Robert H. Whaley

Date of Original Sentence: 7/12/2001          Type of Supervision:  Supervised Release

Original Offense: Conspiracy to Possess With Intent          Date Supervision Commenced:  7/3/2009
to Distribute of Cocaine, 21 U.S.C. § 846(a) and
(b)(1)(A); Possession With Intent to Distribute
Cocaine, 21 U.S.C. § 841(a)(1); Importation of
Cocaine, 21 U.S.C. § 952

Original Sentence:  Prison - 120 Months; TSR - 96          Date Supervision Expires:  7/2/2017
Months

---

### PETITIONING THE COURT

To modify the conditions of supervision as follows:

17      You shall abstain from the use of illegal controlled substances, and shall submit to urinalysis testing, as
         directed by the supervising probation officer, but no more than six tests per month, in order to confirm
         continued abstinence from these substances.

### CAUSE

Pursuant to U.S. v Stephens, the above modification with the offenders consent is being submitted to Your Honor
for consideration.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:          8-6- 09

Matthew L Thompson
U.S. Probation Officer

Prob 12B
**Re: Standow, Jeremy Allen**
**August 6, 2009**
**Page 2**

THE COURT ORDERS

[  ]    No Action
[  ]    The Extension of Supervision as Noted Above
[✓]    The Modification of Conditions as Noted Above
[  ]    Other

_____
Signature of Judicial Officer

8/7/09
_____
Date

SPROB 49
(3/89)

# United States District Court

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

AUG 0 7 2009

JAMES R. LARSEN, CLERK
_____ DEPUTY
SPOKANE, WASHINGTON

### Waiver of Hearing to Modify Conditions
### of Probation/Supervised Release or Extend Term of Supervision

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

To modify the conditions of supervision as follows:

17    You shall abstain from the use of illegal controlled substances, and shall submit to urinalysis testing, as directed by the supervising probation officer, but no more than six tests per month, in order to confirm continued abstinence from these substances.

Witness: _____
Matthew L Thompson
U.S. Probation Officer

Signed _____
Jeremy Allen Standow
Probationer or Supervised Releasee

_____
August 6, 2009
Date